UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAIKEL CAIGUA GARCIA,<br>Petitioner,<br>v.<br>WARDEN OF THE CALIFORNIA CITY DETENTION CENTER,<br>Respondent. | No. 1:26-cv-08549-DAD-CKD<br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR HABEAS RELIEF</u><br>(Doc. Nos. 1, 6) |

Petitioner is a federal immigration detainee proceeding *pro se* with a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 18, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted. (Doc. No 6.) Specifically, the magistrate judge concluded that petitioner was previously released by ICE premised on a finding that petitioner posed neither a danger or a flight risk, petitioner did not commit any crimes while released, petitioner is not subject to an administratively final removal order, and petitioner was not provided with a hearing before an immigration judge, at which it could be determined whether his detention was appropriate, either before or contemporaneous with arrest. (*Id.*) Accordingly, the magistrate judge recommended

that petitioner be released. (*Id.*) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven days after service. (*Id.*)

On November 24, 2026, respondent filed objections to the findings and recommendations which are comprised of a single sentence stating that respondent objects for the reasons stated in its prior briefing. (Doc. No. 7.) These objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations filed on November 18, 2026 (Doc. No. 6) are ADOPTED in full;
2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:
    a. Respondent is ORDERED to immediately release petitioner Maikel Caigua Garcia, A-File No. 244-839-692, from respondent's custody on the same conditions, if any, he was subject to prior to his re-detention on or about September 20, 2026;
    b. Respondent is ENJOINED and RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without written notice and a hearing before an immigration judge where respondent will have the burden of establishing that petitioner is a danger or flight risk by clear and convincing evidence;
3. The Clerk of the Court is directed to serve a copy of this order on the California City Detention Facility; and

/////

/////

4. The Clerk of the Court is also directed to enter judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated: **November 25, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE